FILED
MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mr. Richard W. Wieking,                    3-24-08

    I am writing you to request a few things. My case # first of all is CV 07-03292 MHP, my names David Hunter. I was sent the order to "show cause" in my case & that was sent to the Attorney General. They were supposed to reply by March 14th, 2008, and its now the 24th and I still haven't gotten an answer from them.

    So what do I do now? Are there some rules of the court you can send me pertaining to this? What happens when the A.G. is Tardy in these circumstances? Also I'd like you to give me an updated copy of my docket in this case where it records everything! Anything you could do to assist me in following the rules of the court would be highly appreciated. For now thank you for your time.

                                Sincerely,
                                David Hunter



*[Signature dated 3/24/08]*

Case 3:07-cv-03292-MHP    Document 9    Filed 03/31/2008    Page 3 of 3