1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-1342
8    Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID HUNTER,** | C 07-3292 MHP (PR) |
| Petitioner, | **RESPONDENT'S APPLICATION FOR FIRST ENLARGEMENT OF TIME (NUNC PRO TUNC) TO FILE RESPONSE** |
| v. | |
| **TOM FELKER,** Warden | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent respectfully requests that this Court grant a first enlargement of time, to and including April 10, 2008, to file an answer or other response in this case.

The reasons for this request are set forth in the accompanying Declaration of Counsel. Wherefore, respondent respectfully requests that this Court grant this application for an enlargement of time to prepare and file the answer.

APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C 07-3292 MHP (PR)
1

1 | Dated: April 8, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 |

6 | GERALD A. ENGLER
Senior Assistant Attorney General

7 | GREGORY A. OTT
Deputy Attorney General

8 |

9 | /s/ Dorian Jung
DORIAN JUNG

10 | Deputy Attorney General

11 | Attorneys for Respondent

APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C 07-3292 MHP (PR)

2