EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
DORIAN JUNG
Deputy Attorney General
State Bar No. 200116
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-1342
 Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID HUNTER,** | C 07-3292 MHP (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME (NUNC PRO TUNC) TO FILE RESPONSE** |
| v. | |
| **TOM FELKER,** Warden | |
| Respondent. | |

I, DORIAN JUNG, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am admitted to practice law in this State and before this Court. I have been assigned to represent respondent in this matter.

2. The present due date for respondent's answer is March 14, 2008. I have not previously requested an enlargement of time in this case.

3. I request a nunc pro tunc enlargement of time to and including April 10, 2008.

4. Our office's docketing clerk inadvertently calendered the present matter incorrectly. I mistakenly believed that the instant matter was due on April 14, rather than March 14. I have completed respondent's answer to the petition, which I had planned to file on April 14, and which

DECL. OF COUNSEL IN SUPP. OF APP. FOR EXT. OF TIME TO FILE ANSWER - C 07-3292 MHP (PR)

1

1  I file herewith.

2  5.  Petitioner is not represented by counsel.

3  6.  For the reasons stated, I respectfully request that the Court grant respondent's application for a nunc pro tunc enlargement of time, to and including April 10, 2008, in which to file the answer to the petition for writ of habeas corpus and relevant portions of the state record.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on April 8, 2007.

        /s/ Dorian Jung
        DORIAN JUNG
        Deputy Attorney General

DECL. OF COUNSEL IN SUPP. OF APP. FOR EXT. OF TIME TO FILE ANSWER - C 07-3292 MHP (PR)

2