IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID HUNTER,** <br><br> Petitioner, <br><br> v. <br><br> **TOM FELKER,** Warden <br><br> Respondent. | C 07-3292 MHP (PR) <br><br> **ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including April 10, 2008, to file an answer to the petition for writ of habeas corpus.

DATED: _____

_____
MARILYN HALL PATEL
United States District Judge

ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C 07-3292 MHP (PR)