# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Hunter v. Felker, Warden**

No.:   **C 07-3292 MHP (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>April 9, 2008</u>, I served the attached

**RESPONDENT'S APPLICATION FOR FIRST ENLARGEMENT OF TIME (NUNC PRO TUNC) TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME (NUNC PRO TUNC) TO FILE RESPONSE**

**ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

David Hunter
H-41621
California Corrections System - High Desert
P.O. Box 3030 (C8-123)
Susanville, CA 96127-3030

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

40239280.wpd