1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-1342
8   Facsimile: (415) 703-1234
   Attorneys for Respondent

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  **DAVID HUNTER,**                      C 07-3292 MHP (PR)

15                      Petitioner,        **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

16             v.

17  **TOM FELKER, Warden,**

18                      Respondent.

19

20    Respondent provides this answer to the petition for writ of habeas corpus and order to

21  show cause issued in this matter:

22                            **I.**

23                         **CUSTODY**

24    Petitioner is presently in the lawful custody of the California Department of Corrections

25  and Rehabilitation pursuant to a judgment entered in Alameda County Superior Court in case

26  number No. CH34399A.  On July 14, 2003, the jury convicted petitioner of assault with a firearm

27  and being a felon in possession of a firearm.  The trial court sentenced petitioner to the total

28  determinate term of 14 years.

Answer To Petition For Writ Of Habeas Corpus - *Hunter v. Felker* - C 07-3292 MHP (PR)

1

## II.
## TIMELINESS

The petition for writ of habeas corpus is timely within the meaning of 28 U.S.C. § 2244(d).

## III.
## EXHAUSTION

Petitioner has not exhausted state remedies as to his claim. Relief may be denied on the merits, however.

## IV.
## DENIAL OF CLAIMS

Respondent denies generally and specifically each and every allegation of the petition which could afford a basis for habeas corpus relief. Respondent further denies that petitioner has made any showing that the state appellate court's denial of his claims was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding. Respondent specifically denies that the state supreme court unreasonably applied clearly established federal law when it rejected petitioner's claim of constitutionally inadequate notice of the charges against him.

## V.
## INCORPORATION OF MEMORANDUM OF POINTS AND AUTHORITIES

Respondent hereby incorporates into this answer and denial of claims the accompanying memorandum of points and authorities.

## VI.
## AVAILABLE STATE RECORDS

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent lodges the following state records:

Exhibit A          Clerk's Transcript on Appeal.

Exhibit B          Reporter's Transcript of Trial Proceedings.

1 | Exhibit C | Appellant's Opening Brief on Appeal.
2 | Exhibit D | Respondent's Brief on Appeal.
3 | Exhibit E | Appellant's Reply Brief on Appeal.
4 | Exhibit F | Opinion, California Court of Appeal, case number A108340.
5 | Exhibit G | Petition for Review, California Supreme Court.
6 | Exhibit H | Order, California Supreme Court, case number S141917.

## CONCLUSION

Based on this answer, the accompanying memorandum of points and authorities, and the exhibits lodged in support of this answer, respondent respectfully requests that the order to show cause be discharged, and that the petition for writ of habeas corpus be denied.

Dated: April 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


/s/ Dorian Jung
DORIAN JUNG
Deputy Attorney General

Attorneys for Respondent