EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
DORIAN JUNG
Deputy Attorney General
State Bar No. 200116
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-1342
  Facsimile: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID HUNTER,** | C 07-3292 MHP (PR) |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities.

Exhibit A        Clerk's Transcript on Appeal.

Exhibit B        Reporter's Transcript of Trial Proceedings.

Exhibit C        Appellant's Opening Brief on Appeal.

Exhibit D        Respondent's Brief on Appeal.

Exhibit E        Appellant's Reply Brief on Appeal.

Exhibit F        Opinion, California Court of Appeal, case number A108340.

Exhibit G        Petition for Review, California Supreme Court.

1     Exhibit H           Order, California Supreme Court, case number  S141917.

2

3     Dated:  April 8, 2008

4

5                                      Respectfully submitted,

6                                      EDMUND G. BROWN JR.
                                       Attorney General of the State of California

7                                      DANE R. GILLETTE
                                       Chief Assistant Attorney General
8
                                       GERALD A. ENGLER
9                                      Senior Assistant Attorney General

10                                     GREGORY A. OTT
                                       Deputy Attorney General
11

12                                     /s/ Dorian Jung
                                       DORIAN JUNG
13                                     Deputy Attorney General

14                                     Attorneys for Respondent

15

16

17

18

19

20

21

22

23

24

25

26

27

28