**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 19, 2008

RE: CV 07-03292 MHP   DAVID HUNTER-v- TOMMY FELKER

Default is declined as to Tommy Felker on April 15, 2008.

RICHARD W. WIEKING, Clerk

by: Gina Agustine-Rivas
Case Systems Administrator