C 07-3292
MHP

PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _DAVID EUGENE HUNTER_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _HIGH DESERT_

_STATE_ Prison,

in the county of _LASSEN_ ,

State of California. My prison address is: _DAVID HUNTER (CDCR #H-41621)_

_HIGH DESERT STATE PRISON, P.O. BOX 3030 SUSANVILLE, CA 96127-3030_

On _APRIL 30th, 2008_ ,
(DATE)

I served the attached: _EX PARTE APPLICATION FOR EXTENSION OF_

_TIME AND DECLARATION OF DAVID HUNTER_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope,
with postage thereon fully paid, in the United States Mail in a deposit box so provided at the
above-named correctional institution in which I am presently confined. The envelope was
addressed as follows:

_OFFICE OF THE CLERK, U.S. DISTRICT COURT, NORTHER DISTRICT_
_OF CALIFORNIA; 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CA. 94102_

I declare under penalty of perjury under the laws of the United States of America that the
forgoing is true and correct.

Executed on _APRIL 30, 2008_     _David Hunter_
(DATE)                          (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PR.FSVC.WPD August 21, 2000 (2:11pm)



DAVID HUNTER H-41621
N.S. P., C2-213
P.O. BOX 3030
SUSANVILLE, CA.
96127-3030

C2

LEGAL MAIL !
CONFIDENTIAL

94102+3661

STATE PRISON

RENO NV 895

02 MAY 2008 PM 1 L

"LET US DARE TO READ,
THINK, SPEAK AN[D WRITE]"
John Adams, 1765
powerofthelett[er]

OFFICE OF THE CLERK,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA.
94102

USA FIRST-CLASS FOREVER

