UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID HUNTER (CDCR # H-41621),

    Petitioner,

  v.

TOMMY FELKER, warden,

    Respondent.
                                  /

No. C 07-3292 MHP (pr)

**ORDER EXTENDING DEADLINE**

    Petitioner's request for an extension of time to file his traverse is GRANTED. (Docket # 15.) Petitioner must file and serve his traverse no later than **June 6, 2008**.

    IT IS SO ORDERED.

DATED: May 8, 2008

                                          Marilyn Hall Patel
                                          United States District Judge