# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

DAVID HUNTER,

                  Plaintiff,

  v.

TOMMY FELKER et al,

                  Defendant.

_____/

        Case Number: CV07-03292 MHP

        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Hunter H-41621
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: May 9, 2008

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk