UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID HUNTER
(CDCR # H-41621),

       Petitioner,

  v.

TOMMY FELKER, warden,

       Respondent.
                                   /

No. C 07-3292 MHP (pr)

**JUDGMENT**

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 4, 2009

                                            Marilyn Hall Patel
                                            United States District Judge